480 F.3d 1180
 UNITED STATES of America, Plaintiff-Appellee,
v.
Jesse Lee HOWARD, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Jose Luis Farias-Blanco, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Jose Angel Cedillos, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Robert Herman Boulies, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Daniel Rivera-Gonzalez, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Jorge Pineda-Fernandez, a/k/a Jorge Peneda, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Randolph Arthur Cisneros, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Cornelio Garcia-Chavez, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Jose Cabanillas-Nunez, a/k/a Jose Arsenio Cabanillas, Jose Arencio Nunez, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Raymond Flores, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Christian Raudales, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Miguel Lencia, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Raymond Cazares, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Vernon Crocker, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Lorena Gallardo, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Jeffrey Darryl Wafer, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Pedro F. Sandoval-Sandoval, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Carlos Alvarez, Defendant-Appellant.
 No. 03-50524.
 No. 03-50525.
 No. 03-50526.
 No. 03-50527.
 No. 03-50532.
 No. 03-50533.
 No. 03-50534.
 No. 03-50535.
 No. 03-50536.
 United States Court of Appeals, Ninth Circuit.
 March 27, 2007.
 
 Becky S. Walker, Esq., Patrick R. Fitzgerald, Esq., USLA — Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff-Appellee.
 Carlton Frederick Gunn, Esq., FPDCA — Federal Public Defender's Office, Los Angeles, CA, for Defendant-Appellant.
 Before MARY M. SCHROEDER, Chief Judge, RONALD M. GOULD and RICHARD R. CLIFTON, Circuit Judges.
 
 ORDER
 
 1
 The opinion filed September 15, 2006, slip op. 11417, and appearing at 463 F.3d 999 (9th Cir.2006) is withdrawn. A new opinion is being filed this date in its stead. The Petition for Rehearing and Petition for Rehearing En Banc are otherwise DENIED.